# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                                  §
                                        §
MARTIN, MARGARET M                      §       Case No. 12-33302 JSB
                                        §
            Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

    Funds were disbursed in the following amounts:

    Payments made under an interim disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/CATHERINE STEEGE_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-33302 JSB Judge: JANET S. BAER | | | | | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | MARTIN, MARGARET M | | | | | Date Filed (f) or Converted (c): | 08/22/12 (f) |
| | | | | | | 341(a) Meeting Date: | 10/23/12 |
| For Period Ending: | 06/27/14 | | | | | Claims Bar Date: | 03/07/13 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 6421 N. Natoma Avenue | 342,965.00 | 0.00 | | 0.00 | FA | 342,965.00 | 0.00 |
| 2. Checking with US Bank | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 3. Miscellaneous Household Goods and Furnishings | 1,250.00 | 0.00 | | 0.00 | FA | 0.00 | 1,250.00 |
| 4. Necessary Wearing Apparel & Shoes | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 5. Pensions  Structural Iron Workers Pension ($659.00/mn);  Mid-America Pension ($29.83/mn) | 688.83 | 0.00 | | 0.00 | FA | 0.00 | 688.83 |
| 6. Potential PI Claim  Pedestrian accident in12/10 | 15,000.00 | 10,000.00 | | 40,000.00 | FA | 0.00 | 15,000.00 |
| TOTALS (Excluding Unknown Values) | $360,503.83 | $10,000.00 | | $40,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $342,965.00 | $17,538.83 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case awaiting resolution of PI claim

Initial Projected Date of Final Report (TFR): 06/30/14     Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-33302 -JSB | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- |
| Case Name: | MARTIN, MARGARET M | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******9339  Checking Account |
| Taxpayer ID No: | *******6402 |  |  |
| For Period Ending: | 06/27/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/14 | 6 | ALLSTATE | Settlement re Claim # 0195536123 | 1142-000 | 40,000.00 | | 40,000.00 |
| 06/20/14 | 003001 | O'CONNOR & NAKOS, LTD.<br>120 N. LASALLE - 35TH FLOOR<br>CHICAGO, IL 60602<br><br>Fees          13,333.00<br>Expenses       1,002.58 | PER 5/9/2014 ORDER<br><br><br><br>3210-000<br>3220-000 | | | 14,335.58 | 25,664.42 |
| 06/20/14 | 003002 | MEDICARE<br>PO BOX 138832<br>OKLAHOMA CITY, OK 73113 | PER 5/9/14 ORDER | 7200-000 | | 3,146.89 | 22,517.53 |
| 06/20/14 | 003003 | MARGARET MARTIN<br>6421 N. NATOMA<br>CHICAGO, IL 60631 | PER 5/9/14 ORDER | 8100-000 | | 15,000.00 | 7,517.53 |

|  | COLUMN TOTALS | 40,000.00 | 32,482.47 | 7,517.53 |
| --- | --- | --- | --- | --- |
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
|  | Subtotal | 40,000.00 | 32,482.47 |  |
|  | Less: Payments to Debtors |  | 15,000.00 |  |
|  | Net | 40,000.00 | 17,482.47 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - *******9339 | 40,000.00 | 17,482.47 | 7,517.53 |
|  | ----------------------- | ----------------------- | ----------------------- |
|  | 40,000.00 | 17,482.47 | 7,517.53 |
|  | ============ | ============ | ============ |

Page Subtotals    40,000.00    32,482.47

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24

Ver: 18.00a

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 12-33302 -JSB |
| Case Name: | MARTIN, MARGARET M |
| Taxpayer ID No: | *******6402 |
| For Period Ending: | 06/27/14 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9339  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: June 27, 2014 |
|---|---|---|---|---|---|

Case Number: 12-33302  
Debtor Name: MARTIN, MARGARET M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $1,238.94 | $1,238.94 |
| 000001<br>070<br>7100-00 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $7,615.81 | $7,615.81 |
| 000002<br>070<br>7100-00 | NORDSTROM FSB<br>P.O. BOX 6566<br>ENGLEWOOD, CO 80155 | Unsecured | | $0.00 | $505.66 | $505.66 |
| 000003<br>070<br>7100-00 | PYOD, LLC ITS SUCCESSORS AND<br>ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $23,350.08 | $23,350.08 |
| 000004<br>070<br>7100-00 | RBS CITIZENS<br>443 JEFFERSON BLVD<br>RJW 135<br>WARWICK RI 02886 | Unsecured | (4-1) CREDIT CARD | $0.00 | $6,414.90 | $6,414.90 |
| 000005<br>070<br>7100-00 | QUANTUM3 GROUP LLC AS<br>AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | (5-1) UNSECURED DEBT | $0.00 | $214.25 | $214.25 |
| 000006<br>070<br>7100-00 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | Unsecured | (6-1) COLLATERAL=UNSECURED ASSET  0652<br>(6-1) SUBMITTED BY CSWIDER | $0.00 | $4,254.48 | $4,254.48 |
| 000007<br>070<br>7100-00 | AMERICAN EXPRESS CENTURION<br>BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Unsecured | (7-1) CREDIT CARD DEBT | $0.00 | $623.87 | $623.87 |
| 000008<br>070<br>7100-00 | PORTFOLIO RECOVERY<br>ASSOCIATES, LLC<br>SUCCESSOR TO US BANK<br>NATIONAL ASSOCIATIO<br>BY PRA RECEIVABLES<br>MANAGEMENT LLC<br>PO BOX 41067<br>NORFOLK, VA 23541 | Unsecured | | $0.00 | $7,339.94 | $7,339.94 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: June 27, 2014 |
|---|---|---|---|---|---|---|

Case Number:  12-33302  
Debtor Name:  MARTIN, MARGARET M  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 050<br>4220-00 | MEDICARE LIEN | Secured | | $0.00 | $3,146.89 | $3,146.89 |
| | Case Totals: | | | $0.00 | $54,704.82 | $54,704.82 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-33302 JSB
Case Name: MARTIN, MARGARET M
Trustee Name: CATHERINE STEEGE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | MEDICARE LIEN | $ | $ | $ | $ |

Total to be paid to secured creditors $

Remaining Balance $

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $

Remaining Balance $

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ | $ | $ |
| 000002 | NORDSTROM FSB | $ | $ | $ |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ | $ | $ |
| 000004 | RBS CITIZENS | $ | $ | $ |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | $ | $ | $ |
| 000006 | PNC BANK | $ | $ | $ |
| 000007 | AMERICAN EXPRESS CENTURION BANK | $ | $ | $ |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE