# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
MARTIN, MARGARET M § Case No. 12-33302 JSB
 §
   Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on August 19, 2014, in Courtroom 615, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____           By: CLERK OF THE U.S. BANKRUPTCY
                                             COURT _____

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MARTIN, MARGARET M § Case No. 12-33302 JSB
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 40,000.00 |
| and approved disbursements of | $ | 32,482.47 |
| leaving a balance on hand of[1] | $ | 7,517.53 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | MEDICARE LIEN | $ 3,146.89 | $ 3,146.89 | $ 3,146.89 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 7,517.53 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 3,250.00 | $ 0.00 | $ 3,250.00 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 1,237.50 | $ 0.00 | $ 1,237.50 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 1.44 | $ 0.00 | $ 1.44 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 4,488.94 |
| Remaining Balance | $ | 3,028.59 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 50,318.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | $ 7,615.81 | $ 0.00 | $ 458.38 |
| 000002 | NORDSTROM FSB P.O. BOX 6566 ENGLEWOOD, CO 80155 | $ 505.66 | $ 0.00 | $ 30.43 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | $ 23,350.08 | $ 0.00 | $ 1,405.39 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | RBS CITIZENS<br>443 JEFFERSON BLVD<br>RJW 135<br>WARWICK RI 02886 | $ 6,414.90 | $ 0.00 | $ 386.10 |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | $ 214.25 | $ 0.00 | $ 12.90 |
| 000006 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | $ 4,254.48 | $ 0.00 | $ 256.07 |
| 000007 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | $ 623.87 | $ 0.00 | $ 37.55 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO US BANK NATIONAL ASSOCIATIO BY PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41067<br>NORFOLK, VA 23541 | $ 7,339.94 | $ 0.00 | $ 441.77 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 3,028.59 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                     Case No. 12-33302-JSB
Margaret M Martin                                                          Chapter 7
     Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0752-1         User: esullivan           Page 1 of 2              Date Rcvd: Jul 14, 2014
                             Form ID: pdf006           Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2014.
```
db          +Margaret M Martin,    6421 N. Natoma Avenue,    Chicago, IL 60631-2053
19852480     American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
19345576    +Bloomingdale's,    Attn: Bankruptcy Unit,    P.O. Box 183083,    Columbus, OH 43218-3083
19345577    +Charter One Card Services,    Attn: Bankruptcy Unit,    P.O. Box 42010,    Providence, RI 02940-2010
19345578    +Citibank,    Attn: Bankruptcy Unit,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
19345594    +Equifax,    Attn: Bankruptcy Dept.,    P.O. Box 105873,    Atlanta, GA 30348-5873
19345595     Experian,    Attn: Bankruptcy Dept.,    P.O. Box 2002,    Allen, TX 75013-2002
19345583    +Macys,    Attn: Bankruptcy Unit,    P.O. Box 183083,    Columbus, OH 43218-3083
19345584    +Morton Grove Dentistry,    Rashmika B. Patel, DDS,    7140 Dempster Street,
               Morton Grove, IL 60053-2053
19345575     O'Connor & Nakos Ltd,    Attn: Steven Burrows,    120 N La Salle St Fl 35,    Chicago, IL 60602-3485
20016329    +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
19345586    +PNC Bank,    Attn: Bankruptcy Unit,    P.O. Box 856177,    Louisville, KY 40285-6177
19345588    +PNC Bank Mortgage Service,    Attn: Bankruptcy Unit,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
19345587    +PNC Bank Mortgage Service,    Attn: Bankruptcy Unit,    3232 Newark Drive,
               Miamisburg, OH 45342-5433
20132776   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
               successor to US BANK NATIONAL ASSOCIATIO,    by PRA Receivables Management LLC,    PO Box 41067,
               Norfolk, VA 23541)
19860377    +RBS Citizens,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
19345589    +RM Anesthesia,    Attn: Bankruptcy Unit,    P.O. Box 631,    Lake Forest, IL 60045-0631
19345590    +Take Care Health Systems,    Attn: Bankruptcy Unit,    16760 Collections Center Drive,
               Chicago, IL 60693-0167
19345596    +Transunion,    Attn: Bankruptcy Department,    P.O. Box 1000,    Chester, PA 19016-1000
19345591   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: U.S. Bank,    Attn: Bankruptcy Unit,    P.O. Box 790408,
               St. Louis, MO 63179)
19345592    +WFCB - HSN,    Attn: Bankruptcy Unit,    P.O. Box 659707,    San Antonio, TX 78265-9707
19345593    +WFNNB/Victoria's Secret,    AttN: Bankruptcy Unit,    P.O. Box 182789,    Columbus, OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19791380     E-mail/PDF: mrdiscen@discoverfinancial.com Jul 15 2014 01:17:12     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19345580    +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 15 2014 01:17:12     Discover Card,
               Attn: Bankruptcy Unit,    P.O. Box 6103,    Carol Stream, IL 60197-6103
19345581    +E-mail/PDF: gecsedi@recoverycorp.com Jul 15 2014 01:18:27     GE Capital Retail Bank,
               Attn: Bankruptcy Unit,    P.O. Box 960061,    Orlando, FL 32896-0061
19345582    +E-mail/Text: bkynotice@harvardcollect.com Jul 15 2014 01:14:02
               Harvard Collection Services, Inc.,    Attn: Bankruptcy Unit,    4839 N. Elston Ave.,
               Chicago, IL 60630-2589
19345585    +E-mail/Text: bnc@nordstrom.com Jul 15 2014 01:11:38     Nordstrom,    Attn: Bankruptcy Unit,
               P.O. Box 79134,    Phoenix, AZ 85062-9134
19794839    +E-mail/Text: bnc@nordstrom.com Jul 15 2014 01:11:38     Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
19841856    +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 15 2014 01:16:36
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19888721     E-mail/Text: bnc-quantum@quantum3group.com Jul 15 2014 01:12:16
               Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
               Kirkland, WA 98083-0788
                                                                                              TOTAL: 8
```

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20123055*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19345579    ##+DEV Medical Assoc.,    Attn: Bankruptcy Unit,    1146 Park Avenue,    River Forest, IL 60305-1310
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: esullivan           Page 2 of 2              Date Rcvd: Jul 14, 2014
                              Form ID: pdf006           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2014 at the address(es) listed below:
              Carol A. Di Giacomo    on behalf of Debtor Margaret M Martin carol@digiacomo-somers.com,
               timothynewbold@hotmail.com
              Catherine L. Steege, ESQ    csteege@jenner.com,   csteege@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```