# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT   DISTRICT OF   ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MARTIN, MARGARET M | § | Case No. 12-33302 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 342,965.00 *(Without deducting any secured claims)* | Assets Exempt: 17,538.83 |
| Total Distributions to Claimants: 6,175.48 | Claims Discharged Without Payment: 47,290.40 |
| Total Expenses of Administration: 18,824.52 | |

3) Total gross receipts of $ 40,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 25,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 3,146.89 | $ 3,146.89 | $ 3,146.89 |
| PRIORITY CLAIMS:<br>CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 20,063.46 | 20,063.46 | 18,824.52 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 50,318.99 | 50,318.99 | 3,028.59 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 73,529.34 | $ 73,529.34 | $ 25,000.00 |

4)  This case was originally filed under chapter 7 on  08/22/2012 .  The case was pending for 35 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/29/2015                    By:/s/CATHERINE STEEGE
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential PI Claim | 1142-000 | 40,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 40,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MARGARET MARTIN | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MEDICARE LIEN | 4220-000 | NA | 3,146.89 | 3,146.89 | 3,146.89 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 3,146.89** | **$ 3,146.89** | **$ 3,146.89** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | 2100-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| JENNER & BLOCK | 3110-000 | NA | 2,475.00 | 2,475.00 | 1,237.50 |
| JENNER & BLOCK | 3120-000 | NA | 2.88 | 2.88 | 1.44 |
| O'CONNOR & NAKOS, LTD. | 3210-000 | NA | 13,333.00 | 13,333.00 | 13,333.00 |
| O'CONNOR & NAKOS, LTD. | 3220-000 | NA | 1,002.58 | 1,002.58 | 1,002.58 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 20,063.46 | $ 20,063.46 | $ 18,824.52 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 623.87 | 623.87 | 37.55 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 7,615.81 | 7,615.81 | 458.38 |
| 000002 | NORDSTROM FSB | 7100-000 | NA | 505.66 | 505.66 | 30.43 |
| 000006 | PNC BANK | 7100-000 | NA | 4,254.48 | 4,254.48 | 256.07 |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | NA | 7,339.94 | 7,339.94 | 441.77 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 23,350.08 | 23,350.08 | 1,405.39 |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 214.25 | 214.25 | 12.90 |
| 000004 | RBS CITIZENS | 7100-000 | NA | 6,414.90 | 6,414.90 | 386.10 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 50,318.99 | $ 50,318.99 | $ 3,028.59 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:     1

Exhibit 8

| Case No: | 12-33302 | JSB | Judge: JANET S. BAER |
|---|---|---|---|
| Case Name: | MARTIN, MARGARET M | | |

For Period Ending:  06/26/15

Trustee Name:                CATHERINE STEEGE
Date Filed (f) or Converted (c):    08/22/12 (f)
341(a) Meeting Date:          10/23/12
Claims Bar Date:              03/07/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6421 N. Natoma Avenue | 342,965.00 | 0.00 | | 0.00 | FA |
| 2. Checking with US Bank | 100.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Household Goods and Furnishings | 1,250.00 | 0.00 | | 0.00 | FA |
| 4. Necessary Wearing Apparel & Shoes | 500.00 | 0.00 | | 0.00 | FA |
| 5. Pensions   Structural Iron Workers Pension ($659.00/mn); Mid-America Pension ($29.83/mn) | 688.83 | 0.00 | | 0.00 | FA |
| 6. Potential PI Claim   Pedestrian accident in12/10 | 15,000.00 | 10,000.00 | | 40,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)              $360,503.83         $10,000.00                         $40,000.00              $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final hearing - 8/19/14

Initial Projected Date of Final Report (TFR): 06/30/14        Current Projected Date of Final Report (TFR): 06/30/14

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 6)

Ver: 18.05

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 12-33302 -JSB |
| Case Name: | MARTIN, MARGARET M |
| Taxpayer ID No: | *******6402 |
| For Period Ending: | 06/26/15 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9339  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/11/14 | 6 | ALLSTATE | Settlement re Claim # 0195536123 | 1142-000 | 40,000.00 | | 40,000.00 |
| 06/20/14 | 003001 | O'CONNOR & NAKOS, LTD. 120 N. LASALLE - 35TH FLOOR CHICAGO, IL 60602 | PER 5/9/2014 ORDER<br><br>Fees 13,333.00<br>Expenses 1,002.58 | 3210-000 3220-000 | | 14,335.58 | 25,664.42 |
| 06/20/14 | 003002 | MEDICARE PO BOX 138832 OKLAHOMA CITY, OK 73113 | PER 5/9/14 ORDER | 4220-000 | | 3,146.89 | 22,517.53 |
| 06/20/14 | 003003 | MARGARET MARTIN 6421 N. NATOMA CHICAGO, IL 60631 | PER 5/9/14 ORDER | 8100-000 | | 15,000.00 | 7,517.53 |
| 08/19/14 | 003004 | CATHERINE STEEGE, TRUSTEE JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION | 2100-000 | | 3,250.00 | 4,267.53 |
| 08/19/14 | 003005 | JENNER & BLOCK LLP 353 N. Clark Street CHICAGO, IL 60654-3456 | FINAL DISTRIBUTION<br><br>Fees 1,237.50<br>Expenses 1.44 | 3110-000 3120-000 | | 1,238.94 | 3,028.59 |
| | | | Page Subtotals | | 40,000.00 | 36,971.41 | |

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 18.05

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 12-33302  -JSB | Trustee Name: | CATHERINE STEEGE |
| Case Name: | MARTIN, MARGARET M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9339  Checking Account |
| Taxpayer ID No: | *******6402 | | |
| For Period Ending: | 06/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/14 | 003006 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | FINAL DISTRIBUTION | 7100-000 | | 458.38 | 2,570.21 |
| 08/19/14 | 003007 | NORDSTROM FSB<br>P.O. BOX 6566<br>ENGLEWOOD, CO 80155 | FINAL DISTRIBUTION | 7100-000 | | 30.43 | 2,539.78 |
| 08/19/14 | 003008 | PYOD, LLC<br>ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | FINAL DISTRIBUTION | 7100-000 | | 1,405.39 | 1,134.39 |
| 08/19/14 | 003009 | RBS CITIZENS<br>443 JEFFERSON BLVD<br>RJW 135<br>WARWICK RI 02886 | FINAL DISTRIBUTION | 7100-000 | | 386.10 | 748.29 |
| 08/19/14 | 003010 | QUANTUM3 GROUP LLC<br>AS AGENT FOR COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | FINAL DISTRIBUTION | 7100-000 | | 12.90 | 735.39 |
| 08/19/14 | 003011 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OHIO 44101 | FINAL DISTRIBUTION | 7100-000 | | 256.07 | 479.32 |
| | | | Page Subtotals | | 0.00 | 2,549.27 | |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-33302 -JSB | |
| Case Name: | MARTIN, MARGARET M | |
| Taxpayer ID No: | *******6402 | |
| For Period Ending: | 06/26/15 | |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9339  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/19/14 | 003012 | AMERICAN EXPRESS CENTURION BANK | FINAL DISTRIBUTION | 7100-000 | | 37.55 | 441.77 |
| 08/19/14 | 003013 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO US BANK NATIONAL ASSOC, PO BOX 41067 NORFOLK, VA 23541 | FINAL DISTRIBUTION | 7100-000 | | 441.77 | 0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | 40,000.00 | 40,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 40,000.00 | 40,000.00 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 40,000.00 | 25,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******9339 | 40,000.00 | 25,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 40,000.00 | 25,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 479.32 |

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*